UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. KELLY (#100147)

VERSUS

RAMAN SINGH, M.D., ET AL.

CIVIL ACTION

NO. 14-64-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 22, 2014 (doc. no. 7). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, as a result of the plaintiff's failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, but with prejudice to the refiling of the same claim or claims *in forma pauperis.* Further, the plaintiff's pending motions for leave to amend his Complaint (doc. no. 5 and 6) are DENIED.

Baton Rouge, Louisiana, September 17, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA